

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00517-CV

**IN THE INTEREST OF A.S.S., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02496
Honorable Richard Price, Judge Presiding

# O R D E R

By order dated August 23, 2016, appellant was ordered to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. On September 6, 2016, appellant filed a response stating appellant's attorney miscalculated the deadline for filing the notice of appeal. The court deems this to be a reasonable explanation, and the appeal is retained on the docket of the court. Appellant's brief must be filed no later than September 26, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court